UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **LORETHIE DUNN** | **CIVIL ACTION NO. 3:15-00762** |
| **VERSUS** | **JUDGE JAMES BRADY** |
| **BOARD OF SUPERVISORS, LOUISIANA COMMUNITY AND TECHNICAL COLLEGE SYSTEM** | **MAGISTRATE ERIN WILDER-DOOMES** |

### MEMORANDUM IN SUPPORT OF MOTION FOR CONTEMPT

Defendant, the Board of Supervisors of the Louisiana Community and Technical College System (the "Board"), submits this Memorandum in Support of its Motion for Contempt for the reasons explained more fully herein. Specifically, the Board respectfully requests that Sheila C. Green, LPC; Beatrice A. Tatem, Ph.D, LPC-S, NCC, ACS; and Reverend George S. Cooper, Jr. & Mrs. Charlotte Cooper be held in contempt for failing to provide documents responsive to subpoenas duces tecum issued to them by the Board.

This case arises out of Plaintiff's allegation that she was subjected to racial discrimination and constructively discharged from her employment by the Board. (Doc. 45.) Plaintiff claims that as a result of such actions, she is entitled to "damages for . . . mental anguish [and] emotional distress . . . ."[1]

After repeated amicable demands, the Board received Plaintiff's discovery responses on April 21, 2017. In accordance with 45 C.F.R. § 164.512, the Board then issued notice to Plaintiff that it would be requesting records from four individuals who were identified in Plaintiff's discovery responses as being persons who treated her for "any injury, damages, and/or losses" alleged in her Complaint. Following the requisite waiting period, during which Plaintiff could have objected to the subpoenas duces tecum (but did not), the Board issued the subpoenas duces

---

[1] Exhibit A, Excerpts from Plaintiff's amended responses to interrogatories (No. 14).

1

tecum[2] with a return date of May 16, 2017. To date, only one of those individuals, Dr. Vipul Shelat, has provided responsive records.

The discovery deadline in this matter is May 17, 2017. Because the Board has not received records responsive to three of the subpoenas duces tecum, the Board moves this Court, out of an abundance of caution, to hold the recipients of those subpoenas, Sheila C. Green, LPC[3]; Beatrice A. Tatem, Ph.D, LPC-S, NCC, ACS[4]; Reverend George S. Cooper, Jr. & Mrs. Charlotte Cooper,[5] in contempt of court and to order production of records responsive to the subpoenas duces tecum. F.R.C.P. 45(g) provides that this Court "may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it."

WHEREFORE, the Board of Supervisors of the Louisiana Community and Technical College System prays that its Motion for Contempt be granted and Sheila C. Green, LPC; Beatrice A. Tatem, Ph.D, LPC-S, NCC, ACS; and Reverend George S. Cooper, Jr. & Mrs. Charlotte Cooper, be held in contempt of court and ordered to produce records responsive to the subpoenas duces tecum issued to them by the Board of Supervisors of the Louisiana Community and Technical College System.

---

[2] Exhibit B, Subpoenas duces tecum to Sheila C. Green, LPC; Beatrice A. Tatem, Ph.D, LPC-S, NCC, ACS; Reverend George S. Cooper, Jr. & Mrs. Charlotte Cooper, and Dr. Vipul Shelat, *in globo*.
[3] The subpoena to Ms. Green was served via certified mail on May 5, 2017. Undersigned counsel's office spoke with Ms. Green on May 15, 2017, at which time she advised that she would be sending the responsive records.
[4] The green card evidencing service on Dr. Beatrice Tatem has not yet been returned to undersigned counsel. However, Dr. Tatem contacted undersigned counsel via telephone on May 16, 2017, at which time she was reminded that the records were due and notified that her failure to timely produce them would result in the instant motion.
[5] Rev. and Mrs. Cooper were served via certified mail on May 6, 2017. Undersigned counsel has attempted to follow up with Rev. and Mrs. Cooper via telephone but has been unsuccessful in that regard.

Respectfully submitted,

**BREAZEALE, SACHSE & WILSON, L.L.P.**
One American Place, 23rd Floor
Post Office Box 3197
Baton Rouge, Louisiana 70821-3197
Telephone: 225-387-4000
Fax: 225-387-5397

/s/ *Jennifer D. Sims*
Leo C. Hamilton, T.A., La. Bar Roll No. 1399
Melissa M. Shirley, La. Bar Roll No. 25248
Jennifer D. Sims, La. Bar Roll No. 31144
Jacob E. Roussel, La. Bar Roll No. 34742
*Counsel for defendants, Louisiana Community and Technical College System, et al*